UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERZY JUCHA,<br><br>        Plaintiff,<br><br>    v.<br><br>JORDAN ALBRANDT,<br><br>        Defendant. | Case No. 22-cv-00589-SK<br><br>**FURTHER ORDER TO SHOW CAUSE** |

      At the Case Management Conference held on August 8, 2022, the Court set a further Case Management Conference for November 14, 2022 and Ordered Plaintiff to file an updated joint case management statement by no later than November 7, 2022. (Dkt. No. 20.) Plaintiff failed to do so. The Court further Ordered Plaintiff to serve Defendant Albrant by no later than November 7, 2022. There is no record in the docket to indicate whether or not Plaintiff complied with this deadline. Moreover, Plaintiff failed to appear for the Case Management Conference on November 14, 2022. Unfortunately, the is not the first time that Plaintiff failed to file a case management statement and failed to appear for a case management conference.

      Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause ("OSC") by no later than November 30, 2022. Plaintiff is admonished that, if he fails to file a response to this OSC by November 30, 2022, the Court will reassign this matter and issue a report and recommendation that this matter by dismissed for failure to prosecute. If he files a response to the OSC, Plaintiff shall also explain whether he has served Defendant Albrandt.

      The Court again ADVISES Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which

provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://www.cand.uscourts.gov/wp-content/uploads/2020/02/Pro_Se_Handbook_2020ed_links_12-2021_MBB.pdf) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for *pro se* litigants (https://www.cand.uscourts.gov/pro-se-litigants/). The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: November 15, 2022



SALLIE KIM
United States Magistrate Judge