UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERZY JUCHA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JORDAN ALBRANDT,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00589-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. No. 24 |

On April 4, 2023, Magistrate Judge Sallie Kim issued a Report and Recommendation, recommending that this action be dismissed for failure to prosecute. [Dkt. No. 24]. The deadline for objections has passed and none were filed. The defendant did not appear and so did not consent to the jurisdiction of a magistrate judge. *See id.*

　Having reviewed the record in this case, I agree with Judge Kim's Report and Recommendation and adopt it in full. Plaintiff was given several warnings about failure to prosecute and was Ordered to Show Cause multiple times. *See* [Dkt. Nos. 14, 23]. Plaintiff was also given an opportunity to respond to the report and recommendation and show he intended to continue litigating the matter, but he failed to do so. Accordingly, this action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: May 9, 2023

_____
William H. Orrick
United States District Judge